**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRKANT JANOLKAR, et. al., | CASE NO. 5:12-cv-03692 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et. al., | |
| Defendant(s). | |

In light of the order granting Defendants' Motion to Dismiss (see Docket Item No. 5), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for November 2, 2012, is CONTINUED to **February 1, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 25, 2013.**

**IT IS SO ORDERED.**

Dated: October 30, 2012

_____
EDWARD J. DAVILA
United States District Judge

1