United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIRKANT JANOLKAR, et. al., | CASE NO. 5:12-cv-03692 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| HSBC MORTGAGE CORPORATION (USA), et. al., | |
| Defendant(s). | |

On October 17, 2012, the court granted Defendants' motion to dismiss and ordered Plaintiffs to file an amended complaint on or before November 19, 2012. See Docket Item No. 5. The court admonished Plaintiffs that failure to file an amended complaint as directed could result in the dismissal of this action without further notice.

As of this date, Plaintiffs have not filed an amended complaint or otherwise indicated a reason for not doing so. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 20, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-03692 EJD
ORDER DISMISSING CASE